# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN JOSE

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

NAM NGUYEN,
JIMMY NGUYEN,
HUY NGO, AND
KIM MAI

CR 07 0289 RMW HRL

~~SEALED BY COURT ORDER~~

DEFENDANT.

## INDICTMENT

21 U.S.C. Sections 846, 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute and to Distribute MDMA

21 U.S.C. Section 841(a),(b)(1)(C) - Possession with Intent to Distribute MDMA

21 U.S.C. Section 843(b) - Use of a Communications Facility to Facilitate Drug Trafficking

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ no bail arrest warrant

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5                              SEALED
                          BY COURT ORDER
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,        )  No. CR 07 0289
                                     )
13         Plaintiff,                )
                                     )  VIOLATIONS: 21 U.S.C. §§ 846,
14      v.                           )  841(b)(1)(C) – Conspiracy to Possess With
                                     )  Intent to Distribute, and to Distribute, 3,4
15  NAM NGUYEN,                      )  methylenedioxymethamphetamine
    JIMMY NGUYEN,                    )  (MDMA); 21 U.S.C. §§ 841(a), (b)(1)(C) –
16  HUY NGO, and                     )  Possession with Intent to Distribute 3,4
    KIM MAI,                         )  methylenedioxymethamphetamine
17                                   )  (MDMA); 21 U.S.C. § 843(b) – Use of a
           Defendants.               )  Communications Facility to Facilitate Drug
18                                   )  Trafficking
                                     )
19                                   )  SAN JOSE VENUE
                                     )
20                              I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:     (21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to
                   Distribute, and to Distribute MDMA)
23

24       Beginning at a time unknown to the grand jury, but no later than September 2006,

25  through on or about September 29, 2006, in the Northern District of California, the defendants,

26                              NAM NGUYEN;
                                JIMMY NGUYEN; and
27                              HUY NGO,

28  did knowingly and intentionally conspire with others known and unknown to distribute, and

1  possess with intent to distribute, a Schedule I controlled substance, namely, 3,4
2  methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,
3  Sections 846, 841(b)(1)(C).
4
5  COUNT TWO:    (21 U.S.C. §§ 841(a), (b)(1)(C) – Possession with Intent to Distribute MDMA)
6
7  On or about September 29, 2006, in the Northern District of California, the defendant,
8  NAM NGUYEN
9  did knowingly and intentionally possess with intent to distribute a Schedule I controlled
10 substance, namely, approximately 596.5 grams of a mixture and substance containing a
11 detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), in violation of Title 21,
12 United States Code, Sections 841(a)(1), (b)(1)(C).
13 COUNT THREE:    (21 U.S.C. § 843(b) – Use of a Communications Facility to Facilitate Drug Trafficking)
14
15 On or about September 23, 2006, in the Northern District of California, the defendant,
16 KIM MAI,
17 did knowingly use a telephone to facilitate a felony drug trafficking offense to wit: distribution
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

INDICTMENT                                              2

1 | of 3,4 methylenedioxymethamphetamine, in violation of Title 21, United States Code, Section
2 | 843(b).

DATED: May 10, 2007         A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
MARK L. KROTOSKI
Chief, Criminal Division

(Approved as to form: _____ )
AUSA JERICH

INDICTMENT                    3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
21 USC 846, 841(b)(1)(C)
21 USC 841(a)(1) (b)(1)(C)
21 USC 843(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

SEALED BY COURT ORDER

**PENALTY:**
Ct. 1: max term 20 yrs; sup. rel. 3 yrs.; $1,000,000 fine; $100 special assessment
Ct. 2: same as Count 1
Ct. 3: max term 4 yrs.; sup. rel 1 yr.; $250,000 fine; $100 s.a.

### DEFENDANT - U.S.

▶ Nam Nguyen, Jimmy Nguyen, Kim Mai & Huy Ngo

**DISTRICT COURT NUMBER**

CR 07 0289 RMW HRL

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Susan R. Jerich

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: under seal/no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: