1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorneys

5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone: (415)436-7158
7     Facsimile: (415) 436-7234
      Email: susan.jerich@usdoj.gov

8
   Attorneys for the Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )       No. CR 07-0289 RMW
                                     )
13            Plaintiff,             )       **NOTICE OF RELATED CASES**
                                     )
14   v.                              )
                                     )
15  NAM NGUYEN, JIMMY NGUYEN,        )
    HUY NGO & KIM MAI                )
16                                   )
                                     )
17            Defendants             )
    _____)
18

19  UNITED STATES OF AMERICA,        )
                                     )       No. CR 07-290 JF
20            Plaintiff,             )
                                     )
21   v.                              )
                                     )
22  SON NGUYEN, DUC NGUYEN           )
    & HUY NGO                        )
23                                   )
                                     )
24            Defendant.             )
    _____)
25

26        The United States, by and through the above counsel of record, hereby submits this

27  Notice of Related Cases pursuant to Criminal Local Rule 8-1.  In the interest of judicial

28
    NOTICE OF RELATED CASES
    CR07-289 RMW
    CR07-290 JF                           1

1  economy, the government contends that the two matters should be related before this Court.

2      Specifically, these cases are appropriate to relate  because they appear likely to entail

3  substantial duplication of labor if heard by different Judges.  For example, while each case

4  involves a separate drug conspiracy–the first involving ecstasy (MDMA) and the latter, cocaine

5  base ("crack cocaine"), both cases arise out of the same wire interception investigation.  As such,

6  discovery and foundational information, at a minimum, will be the same.  Moreover, any legal

7  challenges to the wire interception Order(s) will also likely be predicated on similar evidence

8  and arguments.  Finally, both matters have a defendant in common – Huy Ngo.

9      The United States contends that the two matters should be related in the interests of

10  judicial economy as well as the fact that both involve a common defendant.

11

12  DATED: September 27, 2007

13                              Respectfully submitted,

14                              SCOTT N. SCHOOLS
                                United States Attorney

15
                                    /s/
16
                                _____
                                SUSAN R. JERICH
17                              Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                                2