***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                    **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007                       **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NAM NGUYEN, JIMMY NGUYEN,
       APPEARANCES:                                            HUY NGO & KIM MAI (P)

**PLTF:** AUSA: S. Jerich                       **DEFT:** D. Johnson, B. Carey, N. Humy &
                                                                    M. Spencer

**COURT ACTION: STATUS HEARING**

Hearing Held. Government advised the Court that there is a pending motion to relate cases before this court. The Court continued this matter to 11/19/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 11/19/07. Government to prepare exclusion order.


               /s/ Jackie Garcia
                 **JACKIE GARCIA**
               **Courtroom Deputy**