E-FILED 10/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | NO. CR 07-00289-RMW |
| Plaintiff, | CLERK'S NOTICE RE: FAILURE TO REGISTER AS AN E-FILER |
| vs | |
| **Nam Nguyen, et.al** Defendant. | |

The counsel for the defendant is being noticed to register as an e-filer. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

Per General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: October 2, 2007

*Cita F. Escolano*

Case Systems Administrator