***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** November 19, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NAM NGUYEN, JIMMY NGUYEN,
    APPEARANCES:        HUY NGO & KIM MAI    (P)

**PLTF:** AUSA: S. Knight for S. Jerich   **DEFT:** D. Johnson, B. Carey, N. Humy,
             J. Gordon & J. Braun

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defendants Huy Ngo and Kim Mai moved for substitution of counsel. The Court voir dired the defendants and granted the substitution as to both defendants. Nick Humy is relieved from the case and Jack Gordon is substituted in as to defendant Ngo. Michelle Spencer is relieved from the case and Jeffrey Braun is substituted in as to defendant Mai. The Court continued this matter to 1/14/08 @ 9:00 am for a Status Hearing. The continuance is needed to resolve the discovery issue and to allow the defense to review discovery. The Court excluded time based on effective preparation. Time is excluded to 1/14/08. Government to prepare exclusion order.**

                            */s/ Jackie Garcia*
                               **JACKIE GARCIA**
                              **Courtroom Deputy**