***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- NAM NGUYEN, JIMMY NGUYEN,
   APPEARANCES:     HUY NGO & KIM MAI   (P)

**PLTF:** AUSA: J. Glang     **DEFT:** D. Johnson, B. Carey, G. Braun

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties advised the Court that the wire taps recordings and transcripts have not been provided to the defense. The Court continued this matter to 2/4/08 @ 9:00 am for a Status Hearing to review discovery. The Court excluded time based on effective preparation. Time is excluded to 2/4/08. Government to prepare exclusion order.**

  /s/ *Jackie Garcia*
    **JACKIE GARCIA**
   **Courtroom Deputy**