```
Johnson & Kim
900 Lafayette Street, Suite 650
Santa Clara, California 95050-4812
(408) 984-8555

David Johnson (SBN 59553)

Attorney for Defendant
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN JOSE

UNITED STATES OF AMERICA,

    Plaintiff,

                    Case No. CR 07 0289

                    TRAVEL ORDER

vs.

NAM NGUYEN and KIM MAI,

    Defendants.

**IT IS THEREBY ORDERED** that Nam Nguyen and Kim Mai are permitted to travel to Las Vegas for a furniture trade show from January 27, 2008 though February 3, 2008.

Dated:_____            _____

Approved as to form and content.

Dated:_____            _____
                                            Assistance United States Attorney
                                            /S/ Susan Jerich