Johnson & Kim  
900 Lafayette Street, Suite 650  
Santa Clara, California 95050-4812  
(408) 984-8555

David Johnson (SBN 59553)

Attorney for Defendant Nguyen

UNITED STATES DISTRICT COURT  
FOR THE  
NORTHERN DISTRICT OF CALIFORNIA  
CRIMINAL DIVISION  
VENUE: SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NAM NGUYEN,<br><br>      Defendant | Case No. CR 07 0289 JF<br><br>MODIFY TERMS OF RELEASE |

    **IT IS THEREBY ORDERED** that Mr. Nguyen's conditions of release be modified to delete the condition of electronic monitoring which was imposed on November 01, 2007.

Dated:_____        _____

Approved as to form and content.

Dated:_____        _____  
                                      Assistance United States Attorney  
                                      /s/ Susan Jerich