Johnson & Kim
900 Lafayette Street, Suite 650
Santa Clara, California 95050-4812
(408) 984-8555

David Johnson (SBN 59553)

Attorney for Defendant Nguyen

FILED

JAN 25 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN JOSE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NAM NGUYEN,

    Defendant.

Case No. CR 07 0289 JF

MODIFY TERMS OF RELEASE

**IT IS THEREBY ORDERED** that Mr. Nguyen's conditions of release be modified to delete the condition of electronic monitoring which was imposed on November 01, 2007.

Dated: 1/25/08

_Patricia V. Trumbull_

Approved as to form and content.

Dated: _____

_____
Assistance United States Attorney
/s/ Susan Jerich