***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** February 4, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NAM NGUYEN, JIMMY NGUYEN
 APPEARANCES:                                & HUY NGO & KIM MAI  (P) (C)

**PLTF:** AUSA: D. Callaway   **DEFT:** D. Johnson, J. Gordon & B. Carey

**COURT ACTION:** STATUS HEARING

**Hearing Held. Defense counsel advised the Court that they have been provided the additional discovery. Counsel need additional time to review discovery. The Court continued this matter to 4/7/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/7/08. Government to prepare exclusion order.**

                                                                                    /s/ Jackie Garcia
                                                                                   **JACKIE GARCIA**
                                                                                   **Courtroom Deputy**