*E-FILED *

## CRIMINAL MINUTE ORDER

JUDGE:  Ronald M. Whyte                    REPORTER: Lee-Anne Shortridge

DATE:  April 7, 2008                          TIME: 9:00 am

CRIMINAL NO.: CR-07-00289-RMW

TITLE: UNITED STATES OF AMERICA    -v- NAM NGUYEN, JIMMY NGUYEN, HUY
    APPEARANCES:                              NGO & KIM MAI   (P)

PLTF:  AUSA: J. Nedrow                      DEFT: G. Braun, B. Carey

COURT ACTION: STATUS HEARING

Hearing Held.  The defense needs to complete the translation of wire tap transcripts.  The

Court continued this matter to 6/9/08 @ 9:00 AM for a Status Hearing.  The Court excluded

time based on effective preparation.  Time is excluded to 6/9/08.  Government to prepare

exclusion order.

/s/ Jackie Garcia
JACKIE GARCIA
Courtroom Deputy