**<u>*E-FILED *</u>**

# <u>CRIMINAL MINUTE ORDER</u>

**JUDGE:** <u>Ronald M. Whyte</u>          **REPORTER:** <u>Lee-Anne Shortridge</u>

**DATE:** <u>June 30, 2008</u>          **TIME:** <u>9:00 am</u>

**CRIMINAL NO.:** <u>CR-07-00289-RMW</u>
<u>*(Case is Related to CR-07-00290-RMW*)</u>

**TITLE:** <u>UNITED STATES OF AMERICA</u>   -v- <u>NAM NGUYEN, JIMMY NGUYEN,</u>
         **APPEARANCES:**                <u>HUY NGO & KIM MAI    (P) (C)</u>

**PLTF:** <u>AUSA: D. Callaway for S. Jerich</u>   **DEFT:** <u>G. Braun for D. Johnson, J. Fong,</u>
                                                     <u>B. Carey, J. Gordon, G. Braun</u>

**COURT ACTION:** <u>STATUS HEARING</u>

<u>**Hearing Held. The government to provide the defense with proposed plea agreements. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on ongoing settlement discussions. Time is excluded to 7/14/08. Government to prepare exclusion order. Government counsel shall personally appear at the next hearing.**</u>

            */s/ Jackie Garcia*
              **JACKIE GARCIA**
             **Courtroom Deputy**