1  Johnson & Kim
   900 Lafayette Street, Suite 650
2  Santa Clara, California 95050-4812
   (408) 984-8555
3
   David Johnson (SBN 59553)
4

5  Attorney for Defendant

6

7                    UNITED STATES DISTRICT COURT
                              FOR THE
8                    NORTHERN DISTRICT OF CALIFORNIA
                            CRIMINAL DIVISION
9                          VENUE: SAN JOSE

10

11 UNITED STATES OF AMERICA,

12         Plaintiff,

13 vs.                                    Case No. CR 07 0289

14                                         TRAVEL ORDER
   NAM NGUYEN and KIM MAI,
15

16         Defendants.

17
       **IT IS THEREBY ORDERED** that Nam Nguyen and Kim Mai are
18 permitted to travel to Las Vegas for a furniture trade show from
   July 27, 2008 though July 30, 2008.
19

20

21

22 Dated:_____           _____
                                  Magistrate Judge Trumble
23

24

25

26

27

28

                                - 1 -