***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte            **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NAM NGUYEN, JIMMY NGUYEN,
         APPEARANCES:                     HUY NGO & KIM MAI (P)

**PLTF:** AUSA: S. Jerich              **DEFT:** G. Braun for D. Johnson, B. Carey
                                              J. Gordon & G. Braun

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised that they intend to file a suppression motion. The Court set a motion hearing date for 9/2/08 @ 9:00 AM. The Court excluded time based on effective preparation. Time is excluded to 9/2/08. Government to prepare exclusion order.**

                                    */s/ Jackie Garcia*
                                      **JACKIE GARCIA**
                                     **Courtroom Deputy**