```
 1  Johnson & Kim
    900 Lafayette Street, Suite 650
 2  Santa Clara, California 95050-4812
    (408) 984-8555
 3
    David Johnson (SBN 59553)
 4
 5  Attorney for Defendant
 6
```

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
## VENUE: SAN JOSE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. CR 07 0289 |
| NAM NGUYEN and KIM MAI, | TRAVEL ORDER |
| Defendants. | |

**IT IS THEREBY ORDERED** that Nam Nguyen and Kim Mai are permitted to travel to Las Vegas for a furniture trade show from July 27, 2008 though July 30, 2008. The defendants will be staying at the LUZOR. Ms. L. Wiegel, pre-trial services, is monitoring the defendant and his request. She has no opposition to the travel request. I have notified Ms. Jereich of the request and have not received any opposition to the request.

Dated:_____          _____
                                Magistrate Judge Trumbull

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28