```
 1  Johnson & Kim
    900 Lafayette Street, Suite 650
 2  Santa Clara, California 95050-4812
    (408) 984-8555
 3
    David Johnson (SBN 59553)
 4
 5  Attorney for Defendant
 6
 7              UNITED STATES DISTRICT COURT
                        FOR THE
 8              NORTHERN DISTRICT OF CALIFORNIA
                     CRIMINAL DIVISION
 9                   VENUE: SAN JOSE
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,
                                    Case No. CR 07 0289
13  vs.
                                    TRAVEL ORDER
14  NAM NGUYEN and KIM MAI,
15
16          Defendants.
17
```

**IT IS THEREBY ORDERED** that Nam Nguyen and Kim Mai are permitted to travel to Las Vegas for a furniture trade show from July 27, 2008 though July 30, 2008. The defendants will be staying at the LUZOR. Ms. L. Wiegel, pre-trial services, is monitoring the defendant and his request. She has no opposition to the travel request. I have notified Ms. Jereich of the request and have not received any opposition to the request.

Dated: July 25, 2008

*Patricia V. Trumbull*

Magistrate Judge Trumbull

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28