1  Johnson & Kim
   900 Lafayette Street, Suite 650
2  Santa Clara, California 95050-4812
   (408) 984-8555
3
   David Johnson (SBN 59553)
4
5  Attorney for Defendant

6
                    UNITED STATES DISTRICT COURT
7                            FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA
8                        CRIMINAL DIVISION
                        VENUE: SAN JOSE
9

10
   UNITED STATES OF AMERICA,
11
              Plaintiff,
12
                                              Case No. CR 07 0289
   vs.
13                                            TRAVEL ORDER
   NAM NGUYEN,
14
15            Defendants.

16
       **IT IS THEREBY ORDERED** that Nam Nguyen is permitted to travel
17 to San Diego to visit with his mother September 16, 2008 through
   September 18, 2008.  He will be staying with his mother at the
18 following address:   4259 36th Street, Apt #7
                        San Diego, Ca 92104
19     Pre-trial services have no objection to the request.  I have
   notified US Attorney Jerich of the request and I have not received
20 any opposition to the request.

21

22

23 Date:_____        _____
                                    Magistrate Judge Trumbull
24
   Approved as to form and content.
25

26
   Date:_____        _____
27                                  Assistance United States Attorney
                                    /S/Susan Jerich
28

                                - 1 -