```
 1  Johnson & Kim
    900 Lafayette Street, Suite 650
 2  Santa Clara, California 95050-4812
    (408) 984-8555
 3
    David Johnson (SBN 59553)
 4
 5  Attorney for Defendant
 6
 7              UNITED STATES DISTRICT COURT
                        FOR THE
 8              NORTHERN DISTRICT OF CALIFORNIA
                     CRIMINAL DIVISION
 9                    VENUE: SAN JOSE
10
    UNITED STATES OF AMERICA,
11
            Plaintiff,
12
    vs.                              Case No. CR 07 0289
13
                                     TRAVEL ORDER
14  NAM NGUYEN,
15          Defendants.
16
17      IT IS THEREBY ORDERED that Nam Nguyen is permitted to travel
    to San Diego to visit with his mother September 16, 2008 through
18  September 18, 2008.  He will be staying with his mother at the
    following address:   4259 36th Street, Apt #7
19                       San Diego, Ca 92104
        Pre-trial services have no objection to the request.  I have
20  notified US Attorney Jerich of the request and I have not received
    any opposition to the request.
21
22
23  Date: 9/16/08                     [signature]
                                      Magistrate Judge Trumbull
24
    Approved as to form and content.
25
26
    Date: _____              _____
27                                    Assistance United States Attorney
                                      /S/Susan Jerich
28
```

- 1 -